**Roy Duane REHA, Appellant,**

v.

**IOWA SUPREME COURT; Polk County; City of Des Moines, Iowa; Mark Chance; Chad Boobyer; Dennis Anderson; Dave Derringer; William Moulder; Presont Daniels; Doug Philiph; Bruce Bergman; Vicky Long Hill; Mark Godwin; Leesa Shoemaker; Mike Hake; Brad Stevens; Rullman; Dave McPherson; John Sarcone; Linda Zanders; Harlan Lemon; Romonda D. Belcher; Treasa Vens; Robert Monserrate; Craig Porter; Travis Overson; R.C. Wooters; Francis Garrity; J.D. Stovall; Lois Leary; R.K. Richards; Carol Egly; Cynthia Moisan; Karen Ramano; Carol Coppola; Gregory Brant; Robert Blink; Peter Keller; Tom Miller; Andrew Anderson; Bridget Chambers; Cristi-**

na Kuhn; Donald Bair; Terry L. Dillinger; Andy Lewis; Jim Nelson; Jim MacGregor; Mary Van Horn; Charlie Cadaro; Mary Newman; Ben Bishop; Andrew Hennesy; Greg Westmeyer; Steve Drane; Charles W. Russell, Appellees.**

No. 02–1530.

United States Court of Appeals,
Eighth Circuit.

Submitted July 3, 2002.

Filed July 10, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Roy Reha appeals from the district court's [1] order denying his notice of removal and petition for writ of habeas corpus. Reha did not claim his criminal prosecution was racially motivated or that he was a federal officer or agent, *see Georgia v. Rachel,* 384 U.S. 780, 792, 800, 86 S.Ct. 1783, 16 L.Ed.2d 925 (1966); *City of Greenwood v. Peacock,* 384 U.S. 808, 824, 86 S.Ct. 1800, 16 L.Ed.2d 944 (1966); and he failed to allege that he exhausted his state remedies, *see* 28 U.S.C. § 2254(b)(1)(A).

Accordingly, we find that the district court properly remanded Reha's case, *see* 28 U.S.C. § 1446(c)(4), and we affirm, *see*

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

8th Cir. R. 47B. We also deny the pending motion.